IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| GRACE SAMUEL, | ) | Case No.: 15-28310 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: COX |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: mwheeler@tvch13.net

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in their stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Sell Real Estate and Shorten Notice,** at which time and place you may appear.

|   |   |
|---|---|
| JUDGE: | COX |
| ROOM: | 680 |
| DATE: | April 20, 2020 |
| TIME: | 9:00 AM |

A party who objects to this motion and wants it called must file a Notice of Objection with the Court no later than two business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: April 8, 2020         /s/ Michael R. Colter, II
                                       Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Grace Samuel
9302 Keeler Ave.
Skokie, IL 60076

Springleaf Financial Serv.,
PO Box 32351
Evansville, IN 47731

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Cook County Treasurer
118 N. Clark St., Rm. 112
Chicago, IL 60602

Capital One Bank, N.A.
PO Box 71083
Charlotte, NC 28272-1083

eCast Settlement Corp.
assignee of Citibank, N.A.
PO Box 29262
New York, NY 10087-9262

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Jefferson Capital Systems, LLC
(CheckSmart)
PO Box 7999
St. Cloud, MN 56302-9617

Dept. Store Nat'l Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083

Cook County Clerk
118 N. Clark St., Room 112
Chicago, IL 60602-1332

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 13 |
| | ) | |
| GRACE SAMUEL, | ) | Case No.: 15-28310 |
| | ) | |
| Debtor(s). | ) | Hon. Judge: COX |

## MOTION TO SELL REAL ESTATE AND SHORTEN NOTICE

NOW COMES the Debtor, GRACE SAMUEL, by and through her attorneys, DAVID M. SIEGEL & ASSOC., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction under 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2) On August 19, 2015, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 USC and Tom Vaughn was appointed Trustee in the case.

3) The confirmed plan requires Debtor to make monthly payments of $850.00 to Trustee Tom Vaughn. The plan also pays general unsecured creditors at least 100% of their allowed claims.

4) Debtor currently has a contract to sell her primary residence located at 9302 Keeler Avenue, Skokie, Illinois, 60076, for the total sum of $293,000.00 (Exhibit A).

5) Debtor seeks permission to sell her residence under § 363(b)(1).

6) Debtor also seeks permission to shorten the notice requirement to less than the 21 days required by Rule 2002. This case is paying unsecured creditors 100% of their allowed claims and by shortening the notice requirement, the Debtor will be able to pay her creditors sooner. By paying her case off sooner than expected, her creditors benefit by receiving payment sooner than would otherwise.

7)   Debtor will forward the sum of $6,000.00, in certified funds to Trustee Tom Vaughn within seven days of closing.

8)   Debtor will forward the closing statement to the Trustee within seven days of closing.

WHEREFORE, the Debtor, GRACE SAMUEL, prays that this Honorable Court enter an Order Granting Debtor's Motion to Sell and Shorten Notice and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-810