## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 15-28310 |
| | ) | |
| GRACE SAMUEL, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge COX |

### NOTICE OF MOTION

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

*To the following persons or entities who were served via regular U.S. Mail:*

See attached service list

PLEASE TAKE NOTICE that on November 2, 2020, at 9:00 am, I will appear before the Honorable Judge Cox, or any judge sitting in that judge's place, and present the Motion to Reopen Case to Enter a Discharge, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                               /s/ David M. Siegel
                                      David M. Siegel, ARDC #6207611
                                      Attorney for the Debtor

## **PROOF OF SERVICE**

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on October 5, 2020.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who were served via regular U.S. Mail:*

Ms. Grace Samuel
9302 Keeler Ave.
Skokie, IL 60076

Portfolio Recovery Assoc.
Nordstrom/HomeDepot/Citibank
GECapital/Amazon
P.O. Box 41067
Norfolk, VA 23541

Quantum3 Group
MOMA/Collins Asset Group/Comenity
P.O. Box 788
Kirkland, WA 98083-0788

Cook County Treasurer
118 N. Clark St., Rm. 112
Chicago, IL 60602

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

eCast Settlement Corp./Citibank
P.O. Box 29262
New York, NY 10087-9262

Jefferson Capital Systems
Checksmart
P.O. Box 7999
St. Cloud, MN 56302-9617

Dept. Store National Bank
Quantum3 Group
P.O. Box 657
Kirkland, WA 98083-0788

Cook County Clerk
118 N. Clark St., Rm. 112
Chicago, IL 60602-1332

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **15-28310** |
| | ) | |
| **GRACE SAMUEL,** | ) | **Chapter 13** |
| | ) | |
| Debtor(s). | ) | **Judge COX** |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a petition for relief pursuant to Chapter 13 under Title 11 USC on August 19, 2015. Tom Vaughn was appointed Trustee in this case.

3. The Debtor completed the Personal Financial Management instruction on August 24, 2020 and provided proof thereof. The document was filed with the court on August 24, 2020, after the case was closed without a discharge on August 13, 2020.

5. The delay was due to an inadvertent oversight by the Debtor. The delay was unintentional, and was not done to cause harm to creditors of the Debtor.

6. The Debtor seeks leave of the court to allow the late filing of the Personal Financial Management instruction certificate; and requests that the court re-open the case and direct the Clerk of the Bankruptcy Court to issue an order of discharge.

WHEREFORE, the Debtor, GRACE SAMUEL, prays that this Honorable Court enter an Order to allow late filing of Personal Financial Management document, to re-open the case, to direct the issue of an order of discharge, and for such other relief that the Court deems just and proper.

Respectfully Submitted,

/s/ David M. Siegel

David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com